## THE STATE v. NICHOLSON, *Appellant.*

### Division Two, June 13, 1893.

Jurisdiction of Supreme Court: MISDEMEANOR: APPEAL: The supreme court has no jurisdiction of an appeal from a judgment of conviction of a misdemeanor, and where, in such case, the appeal is improperly taken to such court it will be transferred to the court of appeals having jurisdiction.

*Appeal from Shannon Circuit Court.*—HON. W. N. EVANS, Judge.

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

*R. F. Walker*, Attorney General, for the state.

SHERWOOD, J.—Under the provisions of section 3621, Revised Statutes, 1889, one "who shall willfully and maliciously or cruelly maim," etc., "any horse," etc., shall be deemed guilty of a misdemeanor. Indicted and convicted under this section, the defendant was sentenced to imprisonment in the county jail for six months. Inasmuch as the offense charged is simply a *misdemeanor*, this court has no jurisdiction, and consequently this cause is transferred to the St. Louis court of appeals.   All concur.